PROB 12C
(6/16)

Report Date: July 1, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bernard Armor Brill                    Case Number: 2:09CR00042-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 18, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearms, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: April 17, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 16, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On June 21, 2016, the Okanogan County Prosecutor's Office filed a complaint alleging two criminal counts: count 1, third degree theft, and count 2, third degree malicious mischief-property damage. |
| 2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On June 16, 2016, the offender advised his substance abuse treatment provider that he had been in a vehicle where others were smoking methamphetamine. |

Prob12C
Re: Brill, Bernard Armor
July 1, 2016
Page 2

3     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 16, 2016, the offender failed to provide a urine sample for testing to his substance abuse treatment provider.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 1, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 1, 2016
Date