ROB 12C
(6/16)

Report Date: September 19, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bernard Armor Brill          Case Number: 0980 2:09CR00042-JLQ-1

Address of Offender:          Coulee City, Washington 99115

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 18, 2009

Original Offense:     Possession of Stolen Firearms, 18 U.S.C. § 922(j)

Original Sentence:    Prison 84 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  James Goeke              Date Supervision Commenced: April 17, 2015

Defense Attorney:     Daniel Noah Rubin        Date Supervision Expires: April 16, 2018

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/01/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On August 29, 2016, Grant County Prevention And Recovery Center (PARC) notified United States Probation that on August 23, 2016, the offender submitted a urinalysis test that later returned positive lab results for both methamphetamine and morphine. |
| 5 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence:** On August 4, 2016, the offender made an admission to a Stevens County Sheriffs Office deputy that he had been with an individual while that individual used a debit card that had allegedly been stolen. |

Prob12C
Re: Brill, Bernard Armor
September 19, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/20/2016
Date