PROB 12C
(6/15)

Report Date: February 23, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 27 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bernard Armor Brill                Case Number: 0980 2:09CR00042-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 18, 2009

Original Offense:        Possession of Stolen Firearms, 18 U.S.C. § 922(j)

Original Sentence:       Prison - 84 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     James A. Goeke                  Date Supervision Commenced: April 17, 2015

Defense Attorney:        Daniel Noah Rubin               Date Supervision Expires: April 16, 2018

## PETITIONING THE COURT

To issue a **WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/01/2016, 09/20/2016, 11/02/2016, 12/08/2016, 01/13/2017, and 02/07/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: On February 7, 2017, the offender failed to report to Grant County Prevention and Recovery Center (PARC) for a random urinalysis test. |
| 15 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: On February 16, 2017, the offender submitted a urinalysis sample to Grant County Prevention and Recovery Center (PARC) that tested presumptive positive for amphetamines. Lab results have been received and reviewed and show a positive result for methamphetamine. |

Prob12C
## Re: Brill, Bernard Armor
February 23, 2017
Page 2

| | | |
|---|---|---|
| 16 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime. | |

**Supporting Evidence**: On February 22, 2017, the offender was arrested on charges of felony possession of stolen vehicle and third degree possession of stolen property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/23/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

2/27/17
Date